**Opinion issued April 21, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-01093-CV

————————————

**1717 NORFOLK, LLC AND PHILLIP POPE, Appellants**

**V.**

**DAVID DAVARI AND JOSE DOMINGUEZ-REBOLLAR, Appellees**

---

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Case No. 2023-64077**

---

### MEMORANDUM OPINION

Appellant 1717 Norfolk, LLC has filed an unopposed motion to consolidate the appeal in appellate case number 01-25-01093-CV with appellate case number 01-26-00052-CV, contending they are duplicate appeals, and asks that we order a uniform briefing schedule.

In both appeals, appellants are attempting to appeal from an order signed November 5, 2024, granting partial summary judgment. This interlocutory summary judgment order was made final and appealable on October 2, 2025 when the trial court granted appellants' motion to sever and ordered the trial court clerk to create case number 2023-64077A.

Appellant 1717 Norfolk, LLC contends that it attempted to file a motion for new trial in the severed case and the trial court clerk refused the filing. Unable to file the motion for new trial in the correct case number, 2023-64077A, 1717 Norfolk then filed their motion for new trial in the underlying case number, 2023-64077. On December 29, 2025, 1717 Norfolk attempted to file a notice of appeal in the severed case, but the trial court clerk again refused the filing. Thus, 1717 Norfolk filed its notice of appeal in the underlying case. The trial court clerk then forwarded a letter of assignment to this Court from trial court case number 2023-64077 and this Court opened appellate case number 01-25-01093-CV, styled *1717 Norfolk, LLC and Phillip Pope v. David Davari and Jose Dominguez-Rebollar*.

On January 13, 2026, appellant Pope filed his notice of appeal in the severed case, and the trial court clerk forwarded a letter of assignment from trial court case number 2023-64077A to this Court. Our Court then opened another appeal in appellate case number 01-26-00052-CV, styled *Phillip Pope v. Ali "David" Davari D. Pasadena, LLC and Jose Luis Dominguez-Rebollar*.

2

The notices of appeal filed by 1717 Norfolk and Pope are identical, other than the trial court case number stated. Both notices assert that 1717 Norfolk and Pope are appealing from the trial court's October 2, 2025 order granting severance and rendering final the order granting summary judgment in trial court cause number 2023-64077A. Thus, these are duplicate appeals.

On March 24, 2026, appellants filed a motion to consolidate these two appeals and asked that we order a uniform briefing schedule. Because we have determined that these are duplicate appeals, we **grant** appellants' motion and **consolidate** the two appeals, 01-25-01093-CV and 01-26-00052-CV. Any records and documents filed in appellate case number 01-25-01093-CV are consolidated into appellate case number 01-26-00052-CV. The consolidated appeal shall proceed under appellate cause number 01-26-00052-CV.

The appellate record appears to be incomplete. No reporter's record has been filed. Moreover, the only clerk's record on file, which was filed in appellate case number 01-25-01093-CV, contains the post-judgment motions filed by 1717 Norfolk and Pope and the notice of appeal filed by 1717 Norfolk. No clerk's record was filed in 01-26-00052-CV and thus, the clerk's record lacks a notice of appeal from Pope. Appellants state in their motion to consolidate that the trial court signed a judgment dismissing the severed cause for want of prosecution. That judgment is also not in the clerk's record. Accordingly, we decline to set a briefing schedule at

this time. *See* TEX. R. APP. P. 38.6(a) (appellants' brief is not due until thirty days after complete appellate record is filed).

Appellate case number 01-25-01093-CV is dismissed. *See Ring & Ring d/b/a Wright's Amusements v. Sharpstown Mall Tex., LLC*, No. 01-16-00321-CV, 2016 WL 3220552, at *1 (Tex. App.—Houston [1st Dist.] June 9, 2016, no pet.) (mem. op.) (consolidating appeals from same judgment into one appellate cause and dismissing duplicate appeal); *BBG Group, L.L.C. v. MBI Global, L.L.C.*, No. 14-12-00247-CV, 2012 WL 3241557, at *1 (Tex. App.—Houston [14th Dist.] Aug. 9, 2012, no pet.) (mem. op.) (same); TEX. R. APP. P. 43.2(f).

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Guiney.